# United States Court of Appeals
# for the Fifth Circuit

_____

No. 16-70023

_____

Joseph Gamboa,

*Petitioner—Appellant*,

*versus*

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:15-CV-113

_____

ORDER:

( )   The Appellant's motion for ( ) stay ( ) recall and stay of the mandate pending petition for writ of certiorari is DENIED.

(x)   The Appellant's motion for (x) stay ( ) recall and stay of the mandate pending petition for writ of certiorari is GRANTED through July 24, 2023.

/s/ James L. Dennis
James L. Dennis
*United States Circuit Judge*