No. 16-70023

_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

JOSEPH GAMBOA,
*Petitioner-Appellant*

v.

BOBBY LUMPKIN, DIRECTOR, TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,
*Respondent-Appellee*

_____

On Appeal from the United States District Court for the
Western District of Texas, San Antonio Division
Civil Action Number 5:15-cv-00113

_____

**PETITIONER-APPELLANT'S OPPOSED MOTION TO
CONTINUE THE STAY OF THE MANDATE**

_____

Pursuant to Federal Rule of Appellate Procedure 41(d)(1), Petitioner-Appellant Joseph Gamboa moves this Court for an order continuing staying the issuance of the mandate to allow him time to file a petition for a writ of certiorari in the Supreme Court and thereafter

until the Supreme Court disposes of the case. Counsel for the Director opposes this request.

On August 1, 2019, a panel of this Court denied a certificate of appealability as to Mr. Gamboa's Rule 60(b) motion. Docket 77. On March 16, 2023, a panel of this Court dismissed as moot Mr. Gamboa's appeal of the denial of substitute habeas counsel and of his habeas petition. Docket 138. On April 25, 2023, this Court denied Mr. Gamboa's motion for en banc rehearing. Docket 149.

On May 2, 2023, Petitioner filed a Motion to Stay the Mandate. Docket 150. On June 1, 2023, this Court granted the Motion to Stay the mandate through July 24, 2023 in order to allow Petitioner Gamboa to seek certiorari. Docket 159. On July 13, 2023, counsel for Petitioner filed an Application to Extend the Time to File a Petition for a Writ of Certiorari from July 24, 2023 until September 22, 2023 in the United States Supreme Court. (Attachment A, Supreme Court Docket Report). On July 18, 2023, the Application was granted. (*Id*).

Subsequent to its Order, Mr. Gamboa now has sixty days from July 18, 2023, to file a petition for writ of certiorari in the United States Supreme Court seeking review of this Court's judgment. 28 U.S.C. §

2101(c); Supreme Court Rule 13.1. He intends to seek such review. His Petition for Writ of Certiorari is now due September 22, 2023. (Attachment A). Federal Rule of Appellate Procedure 41(d)(1) permits a party to move to stay the mandate pending the filing of a petition for writ of certiorari and resolution by the Supreme Court.

In this case, continuing the stay of the mandate is appropriate because Mr. Gamboa's certiorari petition will present a substantial question for review, and there is good cause for a stay in this capital case. Fed. R. App. P. 41(d)(1). The issues to be raised include the abandonment by counsel during federal capital habeas proceedings and the conflict between circuits as to the scope of district courts' jurisdiction to consider Rule 60(b) motions in capital habeas cases.

## CONCLUSION

For the foregoing reasons, Mr. Gamboa seeks an order continuing the stay of the mandate pending the timely filing and resolution of his petition for a writ of certiorari.

Respectfully submitted,

/s/ Stephen A. Ferrell
Stephen A. Ferrell
Tennessee Bar No. 025170
800 South Gay Street, Ste. 2400
Knoxville, TN 37929
Phone : (865) 637-7979
Fax : (865) 637-7999
Stephen_Ferrell@fd.org

/s/ Susanne Bales
Susanne Bales
Tennessee Bar No. 017868
800 South Gay Street, Ste. 2400
Knoxville, TN 37929
Phone: (865) 637-7979
Fax: (865) 637-7999
Susanne_Bales@fd.org

## CERTIFICATE OF CONFERENCE

I certify that on July 20, 2023, I conferenced this motion with Respondent's counsel, Ali Nasser, who indicated that Respondent opposes this motion.

/s/ Stephen A. Ferrell
Stephen A. Ferrell

## CERTIFICATE OF SERVICE

On July 20, 2023, this petition was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

/s/ Stephen A. Ferrell
Stephen A. Ferrell